OLDHAM and Others *v.* M'CORMICK.—In error.

TO render a bankrupt competent as a witness to increase the assets in the hands of his assignee, it must appear not only that he had no claim to a surplus of his estate, but also that he had received his allowance. *Cully* v. *Ross*, 7 Blackf. 312.

*Friday, May 28.*

---

HICHCOX and Another *v.* EASTMAN.—In error.

TWO returns of "not found" to writs of *scire facias* issued by a justice of the peace in one county on the transcript of the mayor of a city in another county, will authorize the plaintiff to proceed in the cause. See *Kearns* v. *The State*, 3 Blackf. 334.—R. S. 1838, p. 375, s. 51.